# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 11, 2024

### NO. 03-24-00257-CV

**C. L. and R. H., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND KELLY**
**MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the decree terminating parental rights signed by the trial court on April 2, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree but that there was error requiring correction. Therefore, the Court modifies the decree to strike the Paragraph (D) finding against C.L. The Court affirms the trial court's termination decree, as modified. Because C.L. and R.H. are indigent and unable to pay costs, no adjudication of costs is made.